UNITED STATES BANKRUPTCY COURT
SOURHTERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: ALI REZA ZARGARAN

Case No. 14-24390-RBR
Chapter 11

_____ Debtor/

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. Which chapter of the Bankruptcy Code are you choosing to file under:

    ☐ Chapter 7......... Fee:    **$335**
    ☒ Chapter 11....... Fee:    **$1,717**
    ☐ Chapter 12....... Fee:    **$275**
    ☐ Chapter 13....... Fee:    **$310**

2. I am unable to pay the full filing fee with the petition and apply to pay in installments in accordance with Bankruptcy Rule 1006, Local Rule 1006-1 and the current mandatory payment schedule established by this court.

3. I understand that, in order for this application to be approved absent further order of the court, I must have paid half of the filing fee due at the time of filing my petition and I must pay the remaining portion which equals $ 504.00 on or before 60 days from the filing date of my petition.

4. I understand that payment must be in cash or cashier's check unless submitted electronically by an attorney.

5. I understand that if I fail to pay the fee when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts. If I am a chapter 13 debtor, I understand that upon confirmation of my plan, the unpaid balance of the filing fee must be paid in full. If I am a chapter 7 debtor, I understand my discharge will not be entered until my filing fee is paid in full.

6. I understand that I must pay the entire filing fee before making any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with this bankruptcy case.

_____  6/24/2014
Signature of Attorney       Date

_____  6/24/14
Signature of Debtor         Date
(In a joint case, both spouses must sign.)

Timothy M. McFarland, FBN 93789
Name of Attorney

_____  N/A
Signature of Joint Debtor (if any)   Date

LF-3 (rev. 06/30/14)