IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

ALI REZA ZARGARAN,

      Debtor(s).

_____/

CASE NO. 14-24390-BKC-RBR

CHAPTER 11

JUDGE RAYMOND B. RAY

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, **ALI REZA ZARGARAN**, files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. **Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition):**

    The Order for relief was entered on June 24, 2014, upon Debtor's voluntary filing for relief under Chapter 11 of Title 11 of the United States Code.

2. **Names, case numbers and dates of filing of related debtors:**

    There are no related Debtors.

3. **Description of debtor's business:**

    Debtor is an individual. Debtor is a medical doctor who owns a family practice. The practice owns partially encumbered securities which are traded for its own benefit. Any other entities which are or were owned by Debtor are either closed or no longer transacting business.

4. **Locations of debtor's operations and whether the business premises are leased or owned:**

    #1) 1749 SE 10th Street, Fort Lauderdale, Florida 33316 is Debtor's homestead, and is a single family home. This property is subject to mortgages held by Virtualbank and Real Time Resolutions.

    #2) 50 NE 26th Ave., # 404, Pompano Beach, FL 33062 is a suite in a commercial property. The premises are leased.

5. **Reasons for filing chapter 11:**

   Debtor has experienced difficulties caused by the significant downturn in the real estate market in South Florida and desires to reorganize his financial affairs through Chapter 11 and seeks to "strip" the junior mortgage on his homestead and participate in the LMM program with respect to the senior mortgage.

6. **List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:**

   Not Applicable. Debtor is an individual.

7. **Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:**

   *Unknown – Pending Completion of Schedules*

8. **Amounts owed to various creditors:**

   a. **Obligations owed to priority creditors including priority tax obligations:**

   *Unknown – Pending Completion of Schedules.*

   b. **With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and**

   *Unknown – Pending Completion of Schedules.*

   c. **Amount of unsecured claims**

   *Unknown – Pending Completion of Schedules.*

9. **General description and approximate value of the debtor's assets:**

   *Unknown – Pending Completion of Schedules.*

10. **List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires;**

    *Unknown – Pending Completion of Schedules.*

11. **Number of employees and amounts of wages owed as of petition date:**

    Debtor does not have any employees.

12. **Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information**

**required by Local Rule 2081-1(A):**

Not Applicable. Debtor is an individual and personally owes no payroll or sales tax.

13. **Anticipated emergency relief to be requested within 14 days from the petition date:**

Debtor has filed a Motion to Extend the Automatic stay, and does not expect to file for any further emergency relief within 14 days of the petition date.

          **Ali R. Zargaran**
          Debtor in Possession

        _/s/ Ali R. Zargaran_____

Respectfully Submitted on June 28, 2014.

      /s/ Timothy M. McFarland
      TIMOTHY M. MCFARLAND
      Fla. Bar No.: 93789
      Law Office of Timothy M. McFarland, P.A.
      7777 Davie Rd. Ext., Ste. 302A-9
      Davie, FL 33024
      (ph) 754-777-0601
      (fax) 754-999-0601
      info@tmcfarlandlaw.com