ORDERED in the Southern District of Florida on August 22, 2014



Raymond B. Ray, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Broward Division

In re:

ALI REZA ZARGARAN,    Case No. 14-24390-BKC-RBR

Debtor(s).    Chapter 11

_____/

## ORDER DENYING EXPEDITED MOTION BY IDO ALEXANDER AND ALEXANDER AND SOMODEVILLA, PLLC TO WITHDRAW AS COUNSEL FOR DEBTOR-IN-POSSESSION [D.E. 64]

THIS MATTER came before the Court for hearing on August 21, 2104, upon the Expedited Motion by Ido Alexander, Esq., and Alexander & Somodevilla, PLLC to Withdraw as Counsel for Debtor-In-Possession [D.E. 64]. The Court, having reviewed the Application, having heard argument of counsel, and for the reasons set forth on the record, it is

**ORDERED** that the Expedited Motion by Ido Alexander, Esq., and Alexander & Somodevilla, PLLC to Withdraw as Counsel [D.E. 64] is hereby **DENIED WITHOUT PREJUDICE AS MOOT.**

Copies Furnished To All Interested Parties by Movant, Ido J. Alexander, Esq.