UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                    CASE NO. 14-24390-RBR

ALI REZA ZARGARAN,                                              Chapter 11

    Debtor.
_____/

**ALEXANDER + SOMODEVILLA, PLLC'S EXPEDITED MOTION FOR AN ORDER (A) APPROVING POST-PETITION FEES AND COSTS; (B) ALLOWING FEES AND COSTS AS ADMINISTRATIVE EXPENSE CLAIM; AND (C) DIRECTING DEBTOR AND/OR ALI REZA ZARGARAN, P.A. TO PAY ADMINISTRATIVE EXPENSE**

> **Request for Expedited Hearing on or before September 5, 2014, at 9:30 a.m.**
>
> Alexander + Somodevilla, PLLC respectfully requests that a hearing on the instant Motion be scheduled for a date and time no later than the hearing on Sabadell Bank United, N.A.'s *Expedited Motion for Stay Relief* [ECF 71], presently scheduled to be heard on September 5, 2014 at 9:30 a.m., so the Firm's rights are not prejudiced by any order the Court may enter in connection with the Stay Relief Motion.

Movant, Alexander + Somodevilla, PLLC ("Movant" or the "Firm"), pursuant to Sections 105 and 503,[1] respectfully files this motion ("Motion") seeking entry of an Order: (a) approving all post-petition fees and costs incurred by the Firm in connection with its representation of the debtor-in-possession, Ali Reza Zargaran ("Debtor"), in the total amount of $21,392.65; (b) allowing said fees and costs as an administrative expense claim against the estate pursuant to Section 503(b)(1); (c) directing the Debtor and/or his solely-owned and operated business, Ali Reza Zargaran, M.D., P.A. ("ARZPA"), to pay said administrative expenses pursuant to Section

---

[1] All references to "Chapter" and "Section" refer to the Bankruptcy Code appearing in Title 11 of the United States Code; all references to a "Federal Rule" refers to the Federal Rule of Civil Procedure; all references to a "Rule" refer to the Federal Rules of Bankruptcy Procedure; and all references to a "Local Rule" refer to the Local Rules of the U.S. Bankruptcy Court for the Southern District of Florida.

1

503(a) promptly in a time certain; and (d) granting such further relief as this Court deems just and proper. In support thereof, Movant states as follows:

**Factual Background**

1. On June 24, 2014 (the "Petition Date"), the Debtor filed a voluntary petition in this Court for relief under Chapter 11. The Debtor is operating as a debtor-in-possession pursuant to Section 1107.

2. On July 18, 2014, the Debtor filed an *Agreed Motion to Substitute Attorney Ido J. Alexander and Alexander + Somodevilla, PLLC for Attorney Timothy M. McFarland, Esq., and the Law Firm of Timothy M. McFarland, P.A.* (the "Substitution Motion") [ECF # 37]. On July 21, 2014, the Court entered an Agreed Order granting the Substitution Motion (the "Substitution Order") [ECF # 46, 48].[2]

3. On July 18, 2014, the Debtor filed his Application to Employ Ido Alexander, Esq. and the Firm as his counsel in this matter, *nunc pro tunc* to July 18, 2014 (the "Application"). [ECF # 38].

4. On July 18, 2014, the Firm filed its *Disclosure of Compensation of Attorney for Debtor*, pursuant to Section 329(a) and Rule 2016(b) (the "Compensation Disclosure") [ECF # 39].

5. However, the Firm was eventually forced to withdraw its Compensation Disclosure on August 13, 2014, because the retainer amount indicated therein was never actually received by the Firm. [ECF # 63].

---

[2] The Substitution Order was initially docketed as an "Order Granting Application to Employ Ido J. Alexander, however, was later corrected by a *Notice of Corrective Entry to Correct Event Relationship* [ECF # 48].

6. Contemporaneously with its withdrawal of the Compensation Disclosure, the Firm also filed an *Expedited Motion by Ido Alexander, Esq. and Alexander + Somodevilla, PLLC to withdraw as Counsel For Debtor-in-Possession* (the "Withdrawal Motion") [ECF # 64].

7. On August 21, 2014, following a hearing, the Court entered two orders (collectively, the "Denial Orders"), denying the Application without prejudice [ECF # 67], and denying the Firm's Withdrawal Motion as moot. [ECF # 68].

8. From July 16, 2014 (the date when the Firm first started representing the Debtor) and August 21, 2014 (the date the Firm's representation was terminated by virtue of the Denial Order), Movant provided a variety of professional legal services in conjunction with assisting the Debtor in his efforts to preserve estate assets and facilitate a viable plan of reorganization. Specifically, the Firm provided necessary services to the Debtor (collectively, the "Services") including, *inter alia*:[3]

   a. analyzing this case and developing a comprehensive strategy for preserving the Debtor's homestead property and developing a viable plan of reorganization;

   b. preparing a comprehensive Amended Motion for Reconsideration (the "Amended Motion") regarding the Court's prior denial to extend the automatic stay [ECF # 40];

   c. preparing an Expedited Motion for Adequate Protection [ECF # 45], necessarily filed in conjunction with the Amended Motion;

   d. extensive negotiations with the Debtor's secured creditor(s) in an effort to resolve adequate protection and otherwise extend the automatic stay;

---

[3] The list of services provided to the Debtor is not a complete recitation of all efforts undertaken on behalf of the Debtor in the case. For complete review of the firm's services provided to the Debtor, refer to the invoice, attached hereto as **Exhibit "A."**

3

e.  preparing and/or revising of orders extending the stay and providing for adequate protection payments;

f.  preparing a Motion to Value Collateral and Determine Secured Status of Creditor with regards to the Debtor's homestead property [ECF # 44];

g.  various communications with the U.S. Trustee's office regarding, *inter alia*, the case status and efforts to comply with all applicable U.S. Trustee Guidelines;

h.  various communications with, and facilitating efforts by the estate to retain, a forensic accountant in an attempt to comply with the Court's Order [ECF #50];

i.  preparing for and attending various hearings, including, inter alia, the hearing on the Amended Motion and the Debtor's Section 341 meeting of creditors;

j.  various communications with the Debtor's existing accounting professional in conjunction with the Amended Motion and other existing financial obligations of the Debtor and the estate;

k.  analyzing claims filed by, and communicating with estate creditors; and

l.  various efforts and communications to provide general legal advice and counsel to the Debtor in connection with these proceedings, on an ongoing basis.

## Attorney's Fees and Costs Should be Approved

9. In connection with the services the Firm has provided to the Debtor and the estate, the Firm has incurred (at discounted rates) legal fees in the total amount of **$21,345.00**, together with costs in the total amount of **$47.65** (collectively, the "Fees and Costs"), notwithstanding any additional fees and costs incurred in connection with the present Motion.

10. Attached hereto as **Exhibit "A"** is the Firm's first and final detailed invoice for services rendered and costs incurred in connection with its efforts expanded on behalf of the Debtor and the bankruptcy estate.

11. Based on the foregoing, the undersigned respectfully requests this Honorable Court approve the Firm's Fees and Costs *in toto* pursuant to Sections 105 and 503.

### Fees and Costs Should be Allowed as Administrative Expense Claim

12. Pursuant to Section 503(b)(1), "after notice and a hearing, there shall be allowed administrative expenses, including – (1) the actual, necessary cost and expense of preserving the estate..."

13. Based on the foregoing, the Firm's Fees and Costs were incurred by the Debtor as administrative expenses necessary for the preservation of the bankruptcy estate. Accordingly, the Firm's Fees and Costs should be allowed an administrative expense claim.

### The Debtor and ARZPA Should Immediately Pay the Firm's Fees and Costs

14. Pursuant to Section 503(a), "an entity may timely file a request for payment of an administrative expense." Accordingly, the Firm requests that the administrative expense of the Fees and Costs be paid by the Debtor and his wholly owned entity, ARZPA, from which the Debtor generates all of his income. See, e.g., Debtor's Schedules [ECF # 24], Debtor's Statement of Current Monthly Income [ECF # 25]. In addition, the Firm requests the Debtor and/or ARZPA pay its Fees and Costs within three (3) business days of entry of an Order.

### CONCLUSION

WHEREFORE, Movant, Alexander + Somodevilla, PLLC, respectfully requests this Court enter an Order: (a) approving all post-petition fees and costs incurred by the Firm in connection

with its representation of the debtor-in-possession, Ali Reza Zargaran ("Debtor"), in the total amount of $21,392.65 ($21,345.00 in fees, and $47.65 in expenses); (b) allowing said fees and costs as an administrative expense claim against the estate pursuant to Section 503(b)(1); (c) directing the Debtor and/or his solely-owned and operated business, Ali Reza Zargaran, M.D., P.A. ("ARZPA"), to pay said administrative expenses pursuant to Section 503(a) promptly in a time certain; and (d) granting such further relief as this Court deems just and proper under the circumstances.

Dated: August 27, 2014

**ALEXANDER + SOMODEVILLA, PLLC**
1401 Brickell Ave., Suite 420
Miami, FL 33131
Phone: 305-894-6163
Fax:    305-503-9447
Email: ialexander@aslawpllc.com

By:  /s/ *Ido J. Alexander*
    IDO J. ALEXANDER, ESQ.
    Florida Bar No. 51892

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been served on the 27th day of August, 2014, by Notice of Electronic Filing to all parties and counsel registered with the CM/ECF system, and upon all addressees as indicated on the attached **Service List**.

By:  /s/ *Ido J. Alexander*
    IDO J. ALEXANDER, ESQ.
    Florida Bar No. 51892

Case 14-24390-RBR   Doc 77   Filed 08/27/14   Page 7 of 16

## SERVICE LIST

| | |
|---|---|
| Debtor-in-Possession<br>Ali Reza Zargaran<br>1749 SE 10 St<br>Ft Lauderdale, FL 33316<br>*Via E-mail and U.S. Mail* | Transcapital Bank<br>c/o Stuart M. Gold, Esq.<br>5801 NW 151 St. # 307<br>Miami Lakes, FL 33014<br>sgold@swglawyers.com<br>*Via CM/ECF* |
| *U.S. Trustee*<br>Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130<br>*Via CM/ECF* | Sabadell United Bank, N.A<br>c/o Craig I Kelley<br>1665 Palm Beach Lakes Blvd #1000<br>West Palm Beach, FL 33401<br>craig@kelleylawoffice.com<br>*Via CM/ECF* |
| Real Time Resolutions, Inc.<br>1349 Empire Central Dr.<br>Suite 150<br>Dallas, TX 75247<br>*Via U.S. Mail* | Joni Armstrong Coffey<br>Broward County Attorney<br>Governmental Center, Suite 423<br>115 South Andrews Avenue<br>Fort Lauderdale, Florida 33301<br>*Via CM/ECF* |
| Ali Reza Zargaran, M.D., P.A.<br>c/o Ali Reza Zargaran<br>50 N.E. 26th Ave. Suite 404<br>Pompano Beach, FL 33062 | |

**EXHIBIT "A"**
**(Invoice)**



# Alexander + Somodevilla
*Professional Limited Liability Company • Attorneys at Law*

1401 Brickell Avenue, Suite 420
Miami, FL 33131

# INVOICE

Invoice # First and Final
Date: 08/26/2014
Due On: 09/25/2014

Dr. Ali Reza Zargaran
1749 SE 10 St
Fort Lauderdale, FLORIDA 33316

## Statement of Account

| | Outstanding Balance | | New Charges | | Payments Received | | **Total Amount Outstanding** |
|---|---|---|---|---|---|---|---|
| ( | $0.00 | + | $21,392.65 | ) - ( | $0.00 | ) = | **$21,392.65** |

## 14-00074/Reza Zargaran

## In re Ali Reza Zargaran / Case No. 14-24390

| Type | Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 07/16/2014 | IJA | Meeting with client regarding case; and research same. | 1.60 | $0.00 | $0.00 |
| Service | 07/16/2014 | MK | Meeting with client re: case status, retention, strategy ▓▓▓ ▓▓▓ | 1.50 | $0.00 | $0.00 |
| Service | 07/17/2014 | IJA | Telephone call with client concerning case strategy and substitution of counsel. | 0.20 | $0.00 | $0.00 |
| Service | 07/17/2014 | IJA | Multiple discussions regarding retainer, case administration, and begin strategy concerning case. | 0.70 | $0.00 | $0.00 |
| Service | 07/18/2014 | IJA | Telephone call with M. Kish regarding case; and telephone call to client regarding coordination. | 0.40 | $250.00 | $100.00 |
| Service | 07/18/2014 | IJA | Draft sections of Amended Motion for Reconsideration; coordinate receipt and review of documents from previous counsel; multiple telephone calls with client; draft motion for valuation of collateral; draft substitution of counsel; review and revise application to employ and disclosure of compensation; continue working on Amended Motion for Reconsideration; | 6.00 | $250.00 | $1,500.00 |

Page 1 of 9

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | review and revise same; draft verification; and file of same. | | | |
| Expense | 07/18/2014 | CS | Reimbursable expense: Cost to Broward County Clerk for copy of state court docket | 1.00 | $5.00 | $5.00 |
| Service | 07/18/2014 | MK | Research and review prior filings in Ch 13 case re: motion to extend stay; consult with IA re: same; prepare notes to file re: case status and strategy. | 1.70 | $325.00 | $552.50 |
| Service | 07/18/2014 | MK | Prepare employment application, supporting declaration, and proposed order. | 0.80 | $325.00 | $260.00 |
| Service | 07/18/2014 | MK | Meeting with I. Alexander and client re case background, status, and strategy moving forward. | 0.50 | $325.00 | $162.50 |
| Service | 07/18/2014 | MK | Begin drafting motion to authorize adequate protection; conduct legal research re: same; consult with I. Alexander re same. | 2.70 | $325.00 | $877.50 |
| Service | 07/18/2014 | MK | Draft/finalize motion to pay adequate protection; review case file, conduct legal research, and consult with I. Alexander re same. | 3.30 | $325.00 | $1,072.50 |
| Service | 07/18/2014 | MK | Prepare amended motion to extend automatic stay; review case background and conduct significant legal research for supporting memo of law; consult with I. Alexander re same. | 6.20 | $325.00 | $2,015.00 |
| Service | 07/19/2014 | IJA | Review pleading filed by C. Kelly - response to motion for reconsideration; coordinate conference with M. Kish; telephone call with A. Zargaran; and continue review and notation of response filed by C. Kelly. | 0.90 | $250.00 | $225.00 |
| Service | 07/19/2014 | IJA | Review and revise motion to strip lien; draft and file reply to response to motion; conference with M. Kish regarding all of the foregoing; telephone conference calls with client regarding the foregoing; draft various additional pleadings and notice in support of the motion; and review and revise motion for adequate protection. | 5.20 | $250.00 | $1,300.00 |
| Service | 07/19/2014 | IJA | Strategize concerning case and various available options. | 1.10 | $250.00 | $275.00 |
| Service | 07/19/2014 | MK | Review, revise and finalize motion for adequate protection; prepare for and attend meeting with I. Alexander re that motion and strategy for hearing on that and motion to extend stay. | 2.10 | $325.00 | $682.50 |

| Service | 07/20/2014 | IJA | Continue to strategize, research LMM procedure and other relevant information; and e-mails concerning case with M. Kish. | 0.80 | $250.00 | $200.00 |
|---------|------------|-----|---|------|---------|---------|
| Service | 07/20/2014 | MK | Receipt and review of email from I. Alexander to opposing counsel re proposal agreed order extending stay and granting adequate protection. | 0.20 | $325.00 | $65.00 |
| Service | 07/21/2014 | IJA | Review and revise motion for adequate protection; e-mails and telephone calls to client regarding offer to Sabadell; e-mails and telephone call with Bank's counsel regarding same; strategize with M. Kish concerning case; and e-mails and telephone calls with Courtroom Deputy concerning hearing. | 3.20 | $250.00 | $800.00 |
| Service | 07/21/2014 | IJA | Prepare for hearing. | 0.50 | $250.00 | $125.00 |
| Service | 07/21/2014 | IJA | E-mails from and to A. Zargaran regarding tax returns. | 0.10 | $250.00 | $25.00 |
| Service | 07/21/2014 | IJA | Telephone call with S. Gold regarding Transcapital's objection to continuance of stay. | 0.50 | $250.00 | $125.00 |
| Service | 07/21/2014 | IJA | Telephone call from D. Kaplan regarding negotiation with Sabadell. | 0.80 | $250.00 | $200.00 |
| Service | 07/21/2014 | IJA | Research and review case law concerning property of the estate and 362(c)(3). | 1.20 | $250.00 | $300.00 |
| Expense | 07/21/2014 | CS | Reimbursable expense: Cost to Broward County Clerk for copy of state court docket | 1.00 | $5.00 | $5.00 |
| Service | 07/21/2014 | MK | Various communications with I. Alexander re strategy to extend stay and proposed agreed order re same and re adequate protection and any additional filings needed; review all filings submitted to date (including responses to amended motion), conduct research and otherwise prepare for hearing on motion to extend stay | 2.20 | $325.00 | $715.00 |
| Service | 07/22/2014 | IJA | Prepare and attend hearing on motion for re-consideration. | 3.80 | $250.00 | $950.00 |
| Service | 07/22/2014 | IJA | Telephone call with M. Yip regarding retention of forensic accountant; and draft e-mail to same regarding same. | 0.70 | $250.00 | $175.00 |
| Service | 07/22/2014 | IJA | E-mail to D. Kaplan regarding order. | 0.10 | $250.00 | $25.00 |
| Service | 07/22/2014 | IJA | Telephone call from T. McFarland regarding case; and telephone call to client regarding same. | 0.20 | $250.00 | $50.00 |

| Service | 07/22/2014 | IJA | Revise order granting in part the motion for reconsideration and adequate protection motion; and e-mail and telephone call to D. Kaplan regarding same. | 0.70 | $250.00 | $175.00 |
| --- | --- | --- | --- | --- | --- | --- |
| Service | 07/22/2014 | IJA | Telephone call with D. Kaplan regarding revisions to proposed order on motion to reconsider previous order; review e-mail with additional comments from M. Kish; and continue making revisions. | 0.80 | $250.00 | $200.00 |
| Service | 07/22/2014 | MK | Prepare for and attend hearing on amended motion to extend automatic stay; meetings with client and IA re same; meeting with opposing counsel (and her client) re proposed agreed order extending stay and granting adequate protection; receipt/review and provide comments re proposed order following hearing | 3.70 | $325.00 | $1,202.50 |
| Service | 07/23/2014 | IJA | E-mail to client regarding proposed order; and review e-mail from E. Gomez regarding revision to title of substitution of counsel order on docket. | 0.20 | $250.00 | $50.00 |
| Service | 07/23/2014 | IJA | Telephone call with client regarding order. | 0.10 | $250.00 | $25.00 |
| Service | 07/23/2014 | IJA | Continue to review and revise order continuing the stay and providing adequate protection; and telephone call with D. Kaplan regarding same. | 0.80 | $250.00 | $200.00 |
| Service | 07/23/2014 | IJA | Continue to revise order; e-mail from and to D. Kaplan regarding same; and e-mail and telephone call to A. Zargaran regarding same. | 0.60 | $250.00 | $150.00 |
| Service | 07/23/2014 | IJA | Review and comment on retainer agreement by M. Yip; and e-mail and telephone call to same regarding revisions that are required. | 0.30 | $250.00 | $75.00 |
| Service | 07/23/2014 | IJA | Review e-mail from client regarding additional clarification concerning order; research relevant statutes; e-mail and telephone call with client regarding same; and e-mail to D. Kaplan regarding circulation of order and upload. | 0.70 | $250.00 | $175.00 |
| Service | 07/23/2014 | IJA | Revise retainer agreement by M. Yip; and forward same to H. Levenberg; and e-mail to D. Kaplan with additional revisions to the order. | 0.40 | $250.00 | $100.00 |
| Service | 07/23/2014 | IJA | Telephone call to D. Kaplan regarding status of order. | 0.10 | $250.00 | $25.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 07/24/2014 | IJA | Draft e-mail to D. Rosich regarding proposed order and documents. | 0.30 | $250.00 | $75.00 |
| Service | 07/24/2014 | IJA | Multiple e-mails to and from D. Schwartz regarding order; telephone call with same; and e-mails with K. Kronin regarding outstanding documents. | 0.60 | $250.00 | $150.00 |
| Service | 07/24/2014 | LC | Drafted application to employ Yip Associates | 0.70 | $100.00 | $70.00 |
| Service | 07/24/2014 | LC | Drafter declaration of Maria Yip in support of the application to employ. | 0.30 | $100.00 | $30.00 |
| Service | 07/24/2014 | IJA | Telephone call with US Trustee's office regarding order; and review and approve final order to be entered on Motion to Modify Order Denying Stay. | 0.30 | $250.00 | $75.00 |
| Service | 07/24/2014 | IJA | E-mail to A. Zargaran regarding meeting and additional documents. | 0.10 | $250.00 | $25.00 |
| Service | 07/24/2014 | IJA | Telephone call with M. Kish regarding order; and telephone call to D. Kaplan regarding order. | 0.10 | $250.00 | $25.00 |
| Service | 07/24/2014 | IJA | Review and revise application to employ accountant. | 0.40 | $250.00 | $100.00 |
| Service | 07/24/2014 | IJA | Meeting with client regarding case. | 2.20 | $250.00 | $550.00 |
| Service | 07/24/2014 | IJA | Multiple e-mails from D. Kaplan regarding nunc pro tunc for Order. | 0.20 | $250.00 | $50.00 |
| Service | 07/24/2014 | MK | Communicate with I. Alexander re case status, strategy and various case administration issues. | 0.30 | $325.00 | $97.50 |
| Service | 07/25/2014 | LC | Created COS on order approving substitution of counsel. | 0.20 | $100.00 | $20.00 |
| Service | 07/25/2014 | IJA | Telephone call to judge's judicial assistant E. Gomez regarding order; and telephone call to D. Kaplan's office regarding upload of order. | 0.20 | $250.00 | $50.00 |
| Service | 07/25/2014 | IJA | E-mail from and to M. Kish regarding proof of claim of IRS. | 0.10 | $250.00 | $25.00 |
| Service | 07/25/2014 | IJA | Telephone call to Mr. Pulley from IRS regarding claim. | 0.50 | $250.00 | $125.00 |
| Service | 07/25/2014 | IJA | Telephone call to J. Alfonso regarding alternate strategy | 0.50 | $250.00 | $125.00 |
| Service | 07/25/2014 | IJA | Telephone call to accountant regarding case. | 0.10 | $250.00 | $25.00 |

| Service | 07/25/2014 | IJA | Telephone call to D. Block regarding tax filings. | 0.40 | $250.00 | $100.00 |
| Service | 07/25/2014 | IJA | Telephone call with M. Yip regarding case; and telephone call with K. Kronin regarding tax filings. | 0.30 | $250.00 | $75.00 |
| Service | 07/25/2014 | IJA | Telephone conference with M. Yip, A. Zargaran, and J. Obermeyer regarding financial assessment. | 0.60 | $250.00 | $150.00 |
| Service | 07/25/2014 | MK | Communicate with IA re strategy for reorganization options and strategy | 0.10 | $325.00 | $32.50 |
| Service | 07/28/2014 | IJA | E-mail from and to client regarding discussion with accountant. | 0.10 | $250.00 | $25.00 |
| Service | 07/28/2014 | IJA | E-mails from and to A. Zargaran regarding case; and telephone call from M. Yip regarding same. | 0.20 | $250.00 | $50.00 |
| Service | 07/29/2014 | IJA | E-mail from Client regarding telephone conference request. | 0.10 | $250.00 | $25.00 |
| Service | 07/29/2014 | IJA | Review proof of claim filed by Real Time Resolution. | 0.20 | $250.00 | $50.00 |
| Service | 07/29/2014 | IJA | Telephone call with client regarding potential options. | 0.30 | $250.00 | $75.00 |
| Service | 07/29/2014 | IJA | E-mail to A. Zargaran regarding tax returns. | 0.10 | $250.00 | $25.00 |
| Service | 07/29/2014 | IJA | E-mail from J. Alfonso regarding alternate strategy for property. | 0.10 | $250.00 | $25.00 |
| Service | 07/29/2014 | IJA | E-mails from and to J. Alfonso regarding ▓ ▓ ▓ ▓; and telephone call to D. Kaplan regarding same. | 0.10 | $250.00 | $25.00 |
| Service | 07/29/2014 | IJA | Telephone call to D. Kaplan regarding Real Time Resolution. | 0.10 | $250.00 | $25.00 |
| Service | 07/30/2014 | IJA | Telephone call to Debtor regarding 341 Meeting. | 0.30 | $250.00 | $75.00 |
| Service | 07/30/2014 | IJA | Prepare and attend Meeting of Creditors; and conference with U.S. Trustee's office regarding status of case. | 2.50 | $250.00 | $625.00 |
| Service | 07/30/2014 | IJA | Research service address on Real Time Resolution and BNY Mellon's officers for motion to value. | 0.30 | $250.00 | $75.00 |
| Service | 07/31/2014 | IJA | Telephone call to Real Time Resolution regarding additional information. | 0.10 | $250.00 | $25.00 |
| Expense | 07/31/2014 | CS | Reimbursable expense: Parking cost for attendance at 341 meeting of creditors | 1.00 | $9.00 | $9.00 |

| Type | Date | By | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Service | 08/01/2014 | IJA | E-mails from D. Kaplan regarding compliance with order; and e-mail to client regarding same. | 0.50 | $250.00 | $125.00 |
| Service | 08/01/2014 | IJA | Multiple calls to client regarding [redacted] | 0.40 | $250.00 | $100.00 |
| Service | 08/03/2014 | IJA | E-mail from and to A. Zargaran regarding telephone call; and telephone call with same. | 0.40 | $250.00 | $100.00 |
| Service | 08/04/2014 | IJA | E-mail from and to client regarding meeting; and multiple calls regarding [redacted] | 0.80 | $250.00 | $200.00 |
| Service | 08/05/2014 | IJA | Review e-mail from A. Zargaran regarding [redacted] | 0.10 | $250.00 | $25.00 |
| Service | 08/05/2014 | IJA | Telephone call to E. Gomez regarding re-notice of hearing. | 0.10 | $250.00 | $25.00 |
| Service | 08/05/2014 | IJA | File and serve corrected motion and notice of hearing on motion to value. | 0.50 | $250.00 | $125.00 |
| Service | 08/05/2014 | IJA | E-mail from A. Zargaran regarding [redacted] | 0.10 | $250.00 | $25.00 |
| Service | 08/05/2014 | IJA | E-mail from and to J. Alfonson regarding case. | 0.10 | $250.00 | $25.00 |
| Service | 08/05/2014 | IJA | Telephone call to A. Zargaran regarding appointment and re-scheduling. | 0.10 | $250.00 | $25.00 |
| Service | 08/06/2014 | IJA | E-mail from A. Zargaran regarding [redacted] and multiple telephone calls to client regarding case. | 0.30 | $250.00 | $75.00 |
| Service | 08/06/2014 | IJA | Strategize regarding case. | 0.50 | $250.00 | $125.00 |
| Expense | 08/06/2014 | CS | Reimbursable expense: Mailing cost for service of debtor's corrected motion to value and determine secured status of lien on real property and notice of hearing on same | 1.00 | $28.65 | $28.65 |
| Service | 08/07/2014 | IJA | Conference call with client concerning ongoing status of case. | 0.50 | $250.00 | $125.00 |
| Service | 08/07/2014 | IJA | Calendar deadlines; and telephone call to D. Kaplan and e-mail same regarding same. | 0.50 | $250.00 | $125.00 |
| Service | 08/08/2014 | IJA | E-mail to client regarding [redacted] | 0.10 | $250.00 | $25.00 |
| Service | 08/08/2014 | IJA | E-mail from A. Zargaran regarding [redacted] and response to e-mail. | 0.10 | $250.00 | $25.00 |

| Service | 08/22/2014 | IJA | Review letter from CT corporation regarding Bank of New York Mellon service. | 0.10 | $250.00 | $25.00 |
| Service | 08/22/2014 | IJA | Review e-mail from court regarding order; and telephone call to Court deputy regarding order. | 0.20 | $0.00 | $0.00 |
| Service | 08/22/2014 | IJA | E-mail to A. Zargaran regarding service of Motion to Value and Strip off the lien to Bank of New York via CT Corporation System. | 0.30 | $250.00 | $75.00 |
| Service | 08/25/2014 | IJA | File certificate of service of orders; and work on invoices. | 0.80 | $0.00 | $0.00 |

|  |  |  |  |  | Total | $21,392.65 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| First and Final | 09/25/2014 | $21,392.65 | $0.00 | $21,392.65 |
|  |  |  | Outstanding Balance | $21,392.65 |
|  |  |  | Amount in Trust | $0.00 |
|  |  |  | Total Amount Outstanding | $21,392.65 |

Please make all amounts payable to: Alexander + Somodevilla, PLLC

Please pay within 30 days.