

**ORDERED in the Southern District of Florida on September 8, 2014.**

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

IN RE:                                                                                          CASE NO. 14-24390-RBR

ALI REZA ZARGARAN,                                                                Chapter 11

      Debtor.
_____/

**ORDER GRANTING ALEXANDER + SOMODEVILLA, PLLC'S EXPEDITED
MOTION FOR AN ORDER (A) APPROVING POST-PETITION FEES AND COSTS; (B)
ALLOWING FEES AND COSTS AS ADMINISTRATIVE EXPENSE CLAIM; AND (C)
DIRECTING DEBTOR AND/OR ALI REZA ZARGARAN M.D., P.A. TO PAY
<u>ADMINISTRATIVE EXPENSE [ECF # 77]</u>**

THIS MATTER came before the Court on September 5, 2014 at 9:30 a.m., upon *Alexander + Somodevilla, PLLC's Expedited Motion for an Order (a) Approving Post-Petition Fees and Costs; (b) Allowing Fees and Costs As Administrative Expense Claim; and (c) Directing Debtor and/or Ali Reza Zargaran M.D., P.A. to Pay Administrative Expense* (the "<u>Motion</u>") [ECF # 77]. The Court having reviewed the Motion, having heard argument of counsel, having noted that the

1

Debtor-in-possession, Ali Reza Zargaran (the "Debtor"), is the sole owner of Ali Reza Zargaran, M.D., P.A. ("ARZPA"), the Debtor derives all of his income and holds the majority of his assets through ARZPA, and having considered the record in this case, finds good cause to grant the Motion. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. Alexander + Somodevilla, PLLC's (the "Firm") fees and costs (the "Administrative Expense") in the total amount of $21,392.65 ($21,345.00 in fees, and $47.65 in costs) are **APPROVED** in full.

3. The Administrative Expense, as evidenced by Proof of Claim #7, is **ALLOWED** as an administrative expense claim, pursuant to 11 U.S.C §503(b)(1).

4. Pursuant to 11 U.S.C. §503(a), the Debtor and/or ARZPA, the Debtor's solely-owned and operated entity, are hereby **DIRECTED**, to pay the Firm's Administrative Expense within **five (5) days** from entry of this Order.

# # #

Submitted by:

Christian Somodevilla, Esq.
Alexander + Somodevilla, PLLC
1401 Brickell Ave. Suite 420
Miami, Florida 33131
t: 305.894.6163
f: 305-503-9447
e: csomodevilla@aslawpllc.com

(Attorney SOMODEVILLA shall serve a copy of the signed order on all interested parties and counsel and file with the court a certificate of service conforming with Local Rule 2002-1(F).