

**ORDERED in the Southern District of Florida on November 5, 2014.**

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:   Case No. 14-24390-RBR

Chapter 7

ALI REZA ZARGARAN,

Debtor.
_____/

**ORDER GRANTING
TRUSTEE'S EMERGENCY FOR ENTRY OF AN ORDER AUTHORIZING THE
TRUSTEE TO VOTE AND/OR EXERCISE LIMITED
RIGHTS ARISING FROM OR RELATED TO THE
DEBTOR'S INTEREST IN ALI REZA ZARGARAN, M.D., P.A.**

THIS MATTER came before the Court on November 4, 2014, upon the Motion of KENNETH A. WELT, the Chapter 7 trustee (the *"Trustee"*) for the bankruptcy estate of Ali Reza Zargaran (the *"Debtor"*) for Entry of an Order Authorizing the Trustee to Vote and/or Exercise Limited

Rights Arising from or Related to the Debtor's Interest in Ali Reza Zargaran, M.D., P.A. [ECF No. 119] (the *"Motion"*), and the Court, having heard the arguments of counsel, having determined that cause exists for setting the Motion for hearing on an emergency basis, having determined that notice was sufficient and proper under the circumstances, and having determined that cause exists for granting the relief sought in the Motion, it is ORDERED and ADJUDGED that:

1. The Trustee has the authority to execute the Unanimous Written Consent, which is attached as Exhibit B to the Motion, and the Unanimous Written Consent is deemed effective by the entry of this Order.

2. The removal of all current directors of Ali Reza Zargaran, M.D., P.A. is APPROVED in all respects.

3. The appointment of the Trustee as the sole director of Ali Reza Zargaran, M.D., P.A. is APPROVED in all respects.

4. Other than the Trustee, no person or entity shall have any authority to make any transfers of any interests of Ali Reza Zargaran, M.D., P.A. outside of the ordinary course of business.

5. With respect to the investment account (the *"Investment Account"*) held by Ali Reza Zargaran, M.D., P.A. (EIN: 650592113), TD/Ameritrade is directed

    a. to remove access by any person (other than the Trustee) to the Investment Account, including but not limited to the authority to view, make transfers, or trade; and

    b. to grant the Trustee, Kenneth A. Welt, unrestricted access to the Investment Account.

6. The Trustee is directed not to make any transfers or trades of or within the Investment Account, absent further order of this Court.

###

Submitted by:

Lawrence E. Pecan, Esquire
Florida Bar No. 99086
LPecan@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221
*Attorneys for Trustee*


Attorney Pecan is directed to serve this Order upon all parties in interest and file a certificate of service.