UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

Case No.: 14-24390-BKC-RBR
Chapter 7
Previous Chapter 11

In re:

ALI REZA ZARGARAN;

               Debtor.
_____/

### EX-PARTE MOTION TO AMEND ORDER CONVERTING CASE TO A CHAPTER 7 CASE (ECF # 112)

Guy G. Gebhardt, Acting United States Trustee for Region 21, pursuant to 11 U.S.C. § 1112 (b),[1] respectfully moves this Court to enter an order amending the *Order Converting Case to a Chapter 7 Case* to direct the case to remain open and not be dismissed without further order of court, and in support states:

1. On October 27, 2014, this Court granted the United States Trustee's motion to convert the instant case to a case under Chapter 7 of the Bankruptcy Code ("Order") (ECF # 112).

2. The Order required the Debtor to comply with certain requirements of the Bankruptcy Code and that failure to comply with those requirements might result in the dismissal of the case without further hearing or notice.

---

[1] Unless otherwise indicated, all statutory references pertain to title 11 of the United States Code (the "Bankruptcy Code").

1

3.	Based upon the facts of this case, the Chapter 7 Trustee, creditors, and the United States Trustee believe that it is likely that the Debtor will fail to comply with those requirements and that the case might be dismissed without further order of court in the near future.

4.	The parties believe that this would be a detriment to the creditors and the estate and believe that an order requiring this case to remain open and not be dismissed without further order of court is reasonable under the circumstances.

WHEREFORE, the United States Trustee respectfully requests (i) the entry of an order amending the Order converting the case to direct the Clerk to keep the case open and not dismiss the case without further order of Court; and (ii) for such other and further relief as may seem just and proper, including requiring the Debtor to immediately pay to the United States Trustee all United States Trustee fees due.

  I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with all additional qualifications to practice before this Court as set forth in Local Rule 2090-1(A).

  I HEREBY CERTIFY that I did not consult with the opposing party prior to the filing of this motion as the Debtor is appearing pro se.

Dated: November 10, 2014       Guy G. Gebhardt
                Acting United States Trustee
                Region 21

                /s/ Damaris Rosich-Schwartz
                Damaris Rosich-Schwartz
                Florida Bar No.: 0042065
                Trial Attorney
                United States Department of Justice
                Office of the United States Trustee
                51 SW First Avenue, Suite 1204
                Miami, FL 33130
                Phone: (305) 536-7285
                Fax: (305) 536-7360
                Damaris.D.Rosich-Schwartz@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of this Motion was sent on November 10, 2014 as follows:

| | |
|---|---|
| Ido J Alexander, Esq. | ialexander@aslawpllc.com |
| Stuart M. Gold, Esq. | sgold@swglawyers.com |
| Craig I Kelley | craig@kelleylawoffice.com |
| Carl L Kitchner | ckitchner@broward.org |
| Lawrence E Pecan | lpecan@melandrussin.com |
| Peter D. Russin, Esq. | prussin@melandrussin.com |
| Christian Somodevilla | csomodevilla@aslawpllc.com |
| Kenneth A Welt | fl10@ecfcbis.com |

Ali Reza Zargaran
1749 SE 10 St
Ft Lauderdale, FL 33316

All Creditors as they appeared on the Creditor Mailing Matrix

Dated: November 10, 2014.

                Guy G. Gebhardt
                Acting United States Trustee
                Region 21

                /s/ Damaris Rosich-Schwartz
                Damaris Rosich-Schwartz, Esq.