

Joni Armstrong Coffey
County Attorney

OFFICE OF THE COUNTY ATTORNEY
115 S. Andrews Avenue, Suite 423
Fort Lauderdale, Florida 33301

954-357-7600 · FAX 954-357-7641

December 5, 2014

Clerk of the Court
U.S. Bankruptcy Court
Southern District of Florida
Fort Lauderdale Division
299 E. Broward Blvd., Room 112
Ft. Lauderdale, Fl. 33301

        IN RE:    ALI REZA ZARGARAN
        CASE #   14-24390-RBR

Dear Sir/Madam:

By this letter, we do hereby request that our proof of claim # 4, filed on August 11, 2014, be removed from the above referenced case. The claim has been paid in full.

If you have any questions regarding this matter, please call me at (954) 357-7629.

        Respectfully submitted,

        Joni Armstrong Coffey
        Broward County Attorney
        Governmental Center, Suite 423
        115 South Andrews Avenue
        Fort Lauderdale, Florida  33301
        Telephone:   (954) 357-7600
        Telecopier:   (954) 357-7641

        By   /s/ Carl L Kitchner
        Carl L. Kitchner
        Assistant County Attorney
        Florida Bar No. 97993
        ckitchner@broward.org