

**ORDERED in the Southern District of Florida on December 22, 2014.**

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                              Case No. 14-24390-RBR

                                                                                    Chapter 7

ALI REZA ZARGARAN,

        Debtor.
_____/

## ORDER GRANTING
## EXPEDITED MOTION TO COMPEL DEBTOR TO ATTEND
## MEETING OF CREDITORS AND FOR SANCTIONS

**THIS CAUSE** came before the Court on December 17, 2014 at 9:30 a.m. (the *"Hearing"*) upon the motion of Kenneth A. Welt (the *"Trustee"*) to Compel the Debtor to Attend Meeting of Creditors and for Sanctions [ECF No. 132] (the *"Motion"*). The Trustee appeared at the Hearing through counsel. Ali Reza Zargaran (the *"Debtor"*) did not appear. The

1

Court, having considered the Motion, the arguments of counsel, and being duly informed in the premises, finds that notice of the Motion was sufficient under the circumstances, that the Debtor clearly failed to attend the §341 Meeting of Creditors scheduled for December 1, 2014 at 11:30 a.m, and that the Trustee has incurred attorney fees and costs in the amount of $1,850.00 due to the Debtor's failure to attend, which the Court determines are reasonable under the circumstances. Accordingly, it is ORDERED that:

1. The Motion is GRANTED.

2. The Debtor is COMPELLED to attend the meeting of creditors re-noticed for January 5, 2015 at 8:30 a.m. at 299 E. Broward Blvd., Fort Lauderdale, FL 33301.

3. As a sanction, the Debtor is ordered to pay to the Trustee, no later than January 15, 2015, the sum of $1,850.00, by delivering such funds Trustee's attorney, Lawrence E. Pecan, Esq., MELAND RUSSIN & BUDWICK, P.A., 3200 Southeast Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131.

4. The Debtor's failure to comply with any provision in this Order may result in the entry of an order to show cause, at which time the Court may consider the imposition of sanctions, confinement, or other necessary actions.

5. Trustee's counsel shall immediately serve a copy of this Order on the Debtor and shall file proof of service with the Court.

###

**Submitted By:**
Lawrence E. Pecan, Esq.
Fla. Bar No. 99086
LPecan@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:  (305) 358-6363
Facsimile:   (305) 358-1221
*Attorneys for Trustee*

**Copies Furnished to:**
Lawrence E. Pecan, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.