UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

                                                Case No. 14-24390-RBR
                                                Chapter 7

ALI REZA ZARGARAN,

       Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the *Order Granting Expedited Motion to Compel Debtor to Attend Meeting of the Creditors and for Sanctions* [ECF No. 142] and the Order to Show Cause were both served on December 23, 2014, via the Court's Notice of Electronic Filing upon the Registered Users set forth on the list attached as Composite Exhibit 1 and were served on December 26, 2014 via (i) electronic mail on December 26, 2014, upon: Ali Reza Zargaran, jaz12334@yahoo.com., and (ii) U.S. Mail upon Ali Reza Zargaran, 10431 Springcroft Court, Helotes, TX 78023 and Ali Reza Zargaran, 1749 SE 10th Street, Fort Lauderdale, FL 33316.

Dated: December 26, 2014.

                                            s/ Lawrence E. Pecan
                                            Lawrence E. Pecan, Esquire
                                            Florida Bar No. 990866
                                            lpecan@melandrussin.com
                                            MELAND RUSSIN & BUDWICK, P.A.
                                            3200 Southeast Financial Center
                                            200 South Biscayne Boulevard
                                            Miami, Florida  33131
                                            Telephone: (305) 358-6363
                                            Telecopy: (305) 358-1221
                                            *Attorneys for Trustee*

# U.S. Bankruptcy Court

## Southern District of Florida

Notice of Electronic Filing

The following transaction was received from Grooms, Desiree entered on 12/23/2014 at 12:11 PM EST and filed on 12/23/2014
**Case Name:**     Ali Reza Zargaran
**Case Number:**     14-24390-RBR
**Document Number:** 142

**Docket Text:**
Order Granting Motion To Compel (Re: # [132]) (Grooms, Desiree)

**14-24390-RBR Notice will be electronically mailed to:**

Ido J Alexander, Esq on behalf of Attorney Alexander + Somodevilla, PLLC
ialexander@aslawpllc.com, info@aslawpllc.com;aslawpllc@ecf.inforuptcy.com

Ido J Alexander, Esq on behalf of Creditor Ido Alexander + Somodevilla, PLLC
ialexander@aslawpllc.com, info@aslawpllc.com;aslawpllc@ecf.inforuptcy.com

Stuart M. Gold, Esq. on behalf of Creditor Transcapital Bank
sgold@swglawyers.com

Craig I Kelley on behalf of Creditor Sabadell United Bank, N.A
craig@kelleylawoffice.com, martha@kelleylawoffice.com,kelleyecfsouthern@gmail.com,veronica@kelleylawoffice.com,brittany@kelleylawoffice.com,ashlee@kelleylawoffice.com

Carl L Kitchner on behalf of Creditor Broward County Records, Taxes & Treasury
ckitchner@broward.org, swulfekuhle@broward.org

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Lawrence E Pecan on behalf of Plaintiff Kenneth A. Welt
lpecan@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Lawrence E Pecan on behalf of Trustee Kenneth A Welt
lpecan@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Damaris D Rosich-Schwartz on behalf of U.S. Trustee Office of the US Trustee
Damaris.D.Rosich-Schwartz@usdoj.gov

Peter D. Russin, Esq on behalf of Trustee Kenneth A Welt
prussin@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Christian Somodevilla on behalf of Creditor Ido Alexander + Somodevilla, PLLC
csomodevilla@aslawpllc.com, info@aslawpllc.com

Kenneth A Welt
fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz

**COMPOSITE EXHIBIT 1**

# U.S. Bankruptcy Court

## Southern District of Florida

Notice of Electronic Filing

The following transaction was received from Grooms, Desiree entered on 12/23/2014 at 12:51 PM EST and filed on 12/23/2014

**Case Name:** Ali Reza Zargaran
**Case Number:** 14-24390-RBR
**Document Number:** 143

**Docket Text:**
Order to Show Cause . Show Cause hearing to be held on 01/20/2015 at 09:30 AM at U.S. Courthouse, 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale, FL. (Grooms, Desiree)

### 14-24390-RBR Notice will be electronically mailed to:

Ido J Alexander, Esq on behalf of Attorney Alexander + Somodevilla, PLLC
ialexander@aslawpllc.com, info@aslawpllc.com;aslawpllc@ecf.inforuptcy.com

Ido J Alexander, Esq on behalf of Creditor Ido Alexander + Somodevilla, PLLC
ialexander@aslawpllc.com, info@aslawpllc.com;aslawpllc@ecf.inforuptcy.com

Stuart M. Gold, Esq. on behalf of Creditor Transcapital Bank
sgold@swglawyers.com

Craig I Kelley on behalf of Creditor Sabadell United Bank, N.A
craig@kelleylawoffice.com,
martha@kelleylawoffice.com,kelleyecfsouthern@gmail.com,veronica@kelleylawoffice.com,brittany@kelleylawoffice.com,ashlee@kelleylawoffice.com

Carl L Kitchner on behalf of Creditor Broward County Records, Taxes & Treasury
ckitchner@broward.org, swulfekuhle@broward.org

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Lawrence E Pecan on behalf of Plaintiff Kenneth A. Welt
lpecan@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Lawrence E Pecan on behalf of Trustee Kenneth A Welt
lpecan@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Damaris D Rosich-Schwartz on behalf of U.S. Trustee Office of the US Trustee
Damaris.D.Rosich-Schwartz@usdoj.gov

Peter D. Russin, Esq on behalf of Trustee Kenneth A Welt
prussin@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Christian Somodevilla on behalf of Creditor Ido Alexander + Somodevilla, PLLC
csomodevilla@aslawpllc.com, info@aslawpllc.com

Kenneth A Welt
fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz